UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DAVID JELLISON,** | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:15-cv-1054 LY** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
|    Defendant. | § | |

### DEFENDANT'S NOTICE OF INTENT TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE UNITED STATES JUDGE LEE YEAKEL:

COMES NOW Defendant State Farm Lloyds ("State Farm") and files this its Notice of Intent to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, pursuant to Local Rule CV-7(f). Defendant respectfully requests the Court not rule on Defendant's Motion until after Defendant's April 26, 2017 deadline to file its Reply.

Defendant further prays for all other relief the Court finds just and equitable.

Respectfully submitted:

SKELTON & WOODY
248 Addie Roy Road, Suite B-302
Austin, Texas 78746
Telephone:   (512) 651-7000
Facsimile:   (512) 651-7001

By:   /s/ Edward F. Kaye
      J. Hampton Skelton
      State Bar No. 18457700
      hskelton@skeltonwoody.com
      Edward F. Kaye
      State Bar No. 24012942
      ekaye@skeltonwoody.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2017, I am electronically filing the foregoing with the Clerk of the Court using the Case Management/Electronic Case Files ("CM/ECF") system, which will send notification of such filing to the following CM/ECF participant:

David C. Wenholz
13501 Galleria Circle
Suite W270
Bee Cave, Texas 78738

/s/ Edward F. Kaye
Edward F. Kaye