IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DAVID JELLISON, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:15-CV-1054-LY |
| § | |
| STATE FARM LLOYDS, § | |
| DEFENDANT. § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment filed March 2, 2017 (Clerk's Doc. No. 17), and all filings related thereto are **REFERRED** to United States Magistrate Judge Andrew Austin for Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; W.D. Tex. Appx C, R. 1(d).

SIGNED this 23rd day of May, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE