UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID JELLISON, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-1054 LY |
| | § | |
| STATE FARM LLOYDS, | § | |
|    Defendant. | § | |

## DEFENDANT'S NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Plaintiff David Jellison and Defendant State Farm Lloyds have reached a settlement in this matter. The parties anticipate that they will be able to finalize settlement papers and submit an agreed motion of dismissal with prejudice within 60 days.

Respectfully submitted:

SKELTON & WOODY
248 Addie Roy Road, Suite B-302
Austin, Texas 78746
Telephone:   (512) 651-7000
Facsimile:    (512) 651-7001

By:   /s/ Edward F. Kaye
     J. Hampton Skelton
     State Bar No. 18457700
     hskelton@skeltonwoody.com
     Edward F. Kaye
     State Bar No. 24012942
     ekaye@skeltonwoody.com
     R. Ashley Applewhite
     State Bar No. 24059388
     aapplewhite@skeltonwoody.com
     ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of July, 2017, I am electronically filing the foregoing with the Clerk of the Court using the Case Management/Electronic Case Files ("CM/ECF") system, which will send notification of such filing to the following CM/ECF participant:

David C. Wenholz
Sean Swords
13501 Galleria Circle
Suite W270
Bee Cave, Texas 78738

           /s/ Edward F. Kaye
           Edward F. Kaye