# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **DAVID JELLISON,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:15-cv-1054 LY** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| Defendant. | § | |

## JOINT AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff David Jellison and Defendant State Farm Lloyds who, pursuant to Federal Rule of Civil Procedure 41(a)(1) announce that a settlement agreement has been executed by the parties. Plaintiff dismisses all of his claims in the above captioned lawsuit with prejudice, with each party to bear its own costs.

Respectfully submitted,

THE WENHOLZ LAW FIRM, PLLC
13501 Galleria Circle
Suite W270
Austin, Texas 78738
Telephone: (512) 478-2211
Facsimile: (512) 478-3625


By:   /s/ David C. Wenholz
      David C. Wenholz
      State Bar No. 21176350
      Sean Swords
      State Bar No. 24102554

      ATTORNEYS FOR PLAINTIFF



SKELTON & WOODY
248 Addie Roy Rd, Bldg B-302
Austin, Texas 78746
Telephone:   (512) 651-7000
Facsimile:   (512) 651-7001


By:   /s/ Edward F. Kaye
      J. Hampton Skelton
      State Bar No. 18457700
      hskelton@skeltonwoody.com
      State Bar No. 24012942
      Edward F. Kaye
      ekaye@skeltonwoody.com
      R. Ashley Applewhite
      State Bar No. 24059388
      aapplewhite@skeltonwoody.com

      ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 31st day of August, 2017, the foregoing document was filed electronically using the Court's ECF System which will send notification of such filing to the following attorneys of record:

David C. Wenholz
Sean Swords
THE WENHOLZ LAW FIRM, PLLC
13501 Galleria Circle
Suite W270
Austin, Texas 78738

                                            /s/ Edward F. Kaye
                                             Edward F. Kaye