UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID JELLISON, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-1054 LY |
| | § | |
| STATE FARM LLOYDS, | § | |
| Defendant. | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Agreed Stipulation of Dismissal with Prejudice, is of the opinion that the relief sought in the Stipulation of Dismissal should be GRANTED. It is therefore,

ORDERED that Civil Action No. 1:15-cv-1054 LY, and all of Plaintiff's claims against Defendant State Farm Lloyds asserted in that cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED this _____ day of _____, 2017.

_____
U.S. DISTRICT JUDGE