IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DAVID JELLISON,<br>    PLAINTIFF, | §<br>§<br>§ |
| V. | §    CAUSE NO. 1:15-CV-1054-LY |
| STATE FARM LLOYDS,<br>    DEFENDANT. | §<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this same date, the court rendered an order dismissing this case with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _5th_ day of September, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE